Case 15-10632-TPA    Doc 43    Filed 08/18/16    Entered 08/18/16 13:14:39    Desc Main
Document      Page 1 of 1

FILED
8/18/16 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    Debtor: Ronnie Lee Groce
    Case Number: 15-10632        Chapter: 13
    Date / Time / Room: August 9, 2016 at 2:30 P.M., Bankruptcy Courtroom
    Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*     #29 - Trustee's Certificate of Default to Dismiss
            #40 - Response by Debtor (FC)

*Appearances:*

  Debtor:     _Hutzelman_
  Trustee:    Winnecour / Bedford / Katz / Pail
  Creditor:

*Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
          Objections are due on or before _____.
          A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Other:

**Trustee's C.O.D. is resolved by attached proposed modified order.**