IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| RONNIE LEE GROCE, | : | CASE NO. 15-10632-TPA |
| Debtor | : | |
| | : | |

CERTIFICATE OF SERVICE OF
ORDER DATED AUGUST 16, 2016 SETTING HEARING,
NOTICE OF PROPOSED MODIFICATION OF CONFIRMED PLAN and
AMENDED CHAPTER 13 PLAN DATED AUGUST 15, 2016

I, STEPHEN H. HUTZELMAN, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on August 19, 2016

The method of service made on the parties: AS STATED ON THE ATTACHED SHEET

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: August 19, 2016

Respectfully submitted,

SHAPIRA, HUTZELMAN & SMITH

By:/s/   Stephen H. Hutzelman
         Stephen H. Hutzelman, Esquire
         305 West Sixth Street
         Erie, PA 16507
         Phone: (814) 452-6800
         Fax: (814) 456-2227
         Email: shutzelman@shapiralaw.com
         PA ID: 06541

SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov


BY FIRST CLASS MAIL, POSTAGE PREPAID ON ALL PARTIES ON THE ATTACHED SHEET

Greenville Borough
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404-3020

Aas Debt Recovery Inc
2526 Monroeville
Monroeville, PA 15146-2358

Asset Acceptance
Po Box 2036
Warren, MI 48090-2036

Goldman Sachs Mortgage Company
c/o Ocwen Loan Servicing, LLC
1661 Worthington Road
Suite 100
West Palm Beach, FL 33409-6493

Greenville Savings Bank
233 Main Street
Greenville, PA 16125-2059

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Mercer County Tax Claim Bureau
3 Courthouse
Mercer, PA 16137-1223

Mercer County Tax Claim Bureau
3 Courthouse
Mercer, Pennsylvania 16137-1223

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

Portnoff Law Associates, Ltd
1000 Sandy Hill Road
Suite 150
Norristown, PA 19401-4181

Rushmore Loan Management Services
PO Box 52708
Irvine, CA 92619-2708

Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976-3400

True North Ar
9 Commercial Blvd
Novato, CA 94949-6118

Verizon
1515 Woodfield Rd Ste140
Schaumburg, IL 60173-6067

Warren R. Keck, III, Esquire
206 Main Street, Suite A
Greenville, PA 16125-2139

Wells Fargo Financial Bank
420 Montgomery Street
San Francisco, CA 94104-1298

Ronnie Lee Groce
13 Lebanon Ave
Greenville, PA 16125-1935