UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Ronnie Lee Groce | : Case No. 15-10632-TPA |
| | : |
| Debtor | : Chapter 13 |
| | : Related to Document # 48 |

**CONSENT ORDER MODIFYING PLAN CONFIRMATION ORDER**

NOW, this _____ day of _____, 2016, upon an agreement reached between the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, it is

ORDERED that the 10-11-16 order, confirming the debtor's chapter 13 plan dated 8-15-16, is amended to add the following provision:

Claim numbers 4 and 5 of Greenville Borough shall govern as to amount, classification and rate of interest.

The confirmation order dated 10-11-16 otherwise remains in full force and effect.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

Consented to:
/s/ Stephen H. Hutzelman_____
Stephen H. Hutzelman, PA ID 06541
Counsel for the Debtor
305 West Sixth Street
Erie, PA 16507
Phone: (814) 452-6800
shutzelman@shapiralaw.com

/s/ Richard J. Bedford_____
Richard J. Bedford, PA I.D. 25069
Counsel for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh PA 15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com