FILED
10/28/16 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

N.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Ronnie Lee Groce | : Case No. 15-10632-TPA |
| | : |
| Debtor | : Chapter 13 |
| | : Related to Document # 48 and 51 |

## CONSENT ORDER MODIFYING PLAN CONFIRMATION ORDER

NOW, this __28th__ day of __October__, 2016, upon an agreement reached between the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, it is

ORDERED that the 10-11-16 order, confirming the debtor's chapter 13 plan dated 8-15-16, is amended to add the following provision:

Claim numbers 4 and 5 of Greenville Borough shall govern as to amount, classification and rate of interest.

The confirmation order dated 10-11-16 otherwise remains in full force and effect.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

ljm

Consented to:
/s/ Stephen H. Hutzelman
Stephen H. Hutzelman, PA ID 06541
Counsel for the Debtor
305 West Sixth Street
Erie, PA 16507
Phone: (814) 452-6800
shutzelman@shapiralaw.com

/s/ Richard J. Bedford
Richard J. Bedford, PA I.D. 25069
Counsel for Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh PA 15219
(412) 471-5566
rbedford@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronnie Lee Groce
    Debtor

Case No. 15-10632-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: jbre    Page 1 of 2    Date Rcvd: Oct 28, 2016
    Form ID: pdf900    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2016.
```
db            +Ronnie Lee Groce,    13 Lebanon Ave,    Greenville, PA 16125-1935
14061959      +Aas Debt Recovery Inc,    2526 Monroeville,    Monroeville, PA 15146-2358
14097017      +Greenville Borough,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14061962      +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14061964       Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
14061966       Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, Pennsylvania 16137-1223
14061968     #+Portnoff Law Associates, Ltd,    1000 Sandy Hill Road,    Suite 150,    Norristown, PA 19401-4181
14061969      +Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
14061970      +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    The Shops at Valley Square,
                Warrington, PA 18976-3400
14061972      +Verizon,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6067
14061973      +Warren R. Keck, III, Esquire,    206 Main Street, Suite A,    Greenville, PA 16125-2139
14061974      +Wells Fargo Financial Bank,    420 Montgomery Street,    San Francisco, CA 94104-1298
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14061960      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 29 2016 04:21:51      Asset Acceptance,
                Po Box 2036,    Warren, MI 48090-2036
14061961      +Fax: 407-737-5634 Oct 29 2016 04:05:44      Goldman Sachs Mortgage Company,
                c/o Ocwen Loan Servicing, LLC,    1661 Worthington Road,    Suite 100,
                West Palm Beach, FL 33409-6493
14061963       E-mail/Text: cio.bncmail@irs.gov Oct 29 2016 04:21:29      Internal Revenue Service,
                Central Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114-0326
14061967      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 29 2016 04:21:55      Midland Credit Management, Inc.,
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14061971      +E-mail/Text: zach.feenstra@eos-cca.com Oct 29 2016 04:21:16      True North Ar,
                9 Commercial Blvd,    Novato, CA 94949-6118
                                                                                              TOTAL: 5
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             GOLDMAN SACHS MORTGAGE COMPANY
cr*           +Greenville Borough,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14061965*     +Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2016 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Greenville Borough jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stephen H. Hutzelman    on behalf of Debtor Ronnie Lee Groce shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
              Stephen H. Hutzelman    on behalf of Plaintiff Ronnie Lee Groce shutzelman@shapiralaw.com,
               shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
```

Case 15-10632-TPA    Doc 53    Filed 10/30/16    Entered 10/31/16 00:54:00    Desc Imaged
               Certificate of Notice    Page 3 of 3

```
District/off: 0315-1          User: jbre                 Page 2 of 2                  Date Rcvd: Oct 28, 2016
                              Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                    TOTAL: 6