**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RONNIE LEE GROCE | Case No. 15-10632TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>MERCER COUNTY TAX CLAIM BUREAU | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

   The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

   2012-14 TAXES HAVE BEEN PAID IN FULL ON THIS PARCEL.  THE CLAIM HAS NOT BEEN AMENDED OR WITHDRAWN.

| | |
|---|---|
| MERCER COUNTY TAX CLAIM BUREAU<br>3 MERCER COUNTY COURTHOUSE<br>MERCER, PA 16137 | Court claim# 2/Trustee CID# 6 |

The Movant further certifies that on 11/14/2016 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
RONNIE LEE GROCE, 13 LEBANON AVE, GREENVILLE, PA  16125

DEBTOR'S COUNSEL:
STEPHEN H HUTZELMAN ESQ, SHAPIRA HUTZELMAN ET AL, 305 W 6TH ST, ERIE, PA  16507

ORIGINAL CREDITOR:
MERCER COUNTY TAX CLAIM BUREAU, 3 MERCER COUNTY COURTHOUSE, MERCER, PA  16137

NEW CREDITOR: