# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:Ronnie Lee Groce aka Ronnie Groce aka Ronnie L Groce aka Ron Groce dba RG Concessions<br>　　　　　　　　Debtor | CHAPTER 13 |
| MTGLQ Investors, LP<br>　　　　　　　　Movant<br>　　vs.<br>Ronnie Lee Groce aka Ronnie Groce aka Ronnie L Groce aka Ron Groce dba RG Concessions<br>　　　　　　　　Respondent<br><br>Ronda J. Winnecour, Trustee<br>　　　　　　　　Additional Respondent | NO. 15-10632 TPA |

## **PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Notice of Mortgage Payment Change of MTGLQ Investors, LP, its successors and/or assigns, which was filed with the Court on or about **November 30, 2016, docket entry no. 55**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　(412) 430-3594
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

January 26, 2017