Case 15-10632-TPA    Doc 63    Filed 01/29/17    Entered 01/30/17 00:47:59    Desc Imaged
Certificate of Notice    Page 1 of 2

FILED
1/27/17 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronnie Lee Groce aka Ronnie Groce aka Ronnie L Groce aka Ron Groce dba RG Concessions<br>　　　　　　Debtor | CHAPTER 13 |
| MTGLQ Investors, LP<br>　　　　　　Movant<br>　　　vs.<br>Ronnie Lee Groce aka Ronnie Groce aka Ronnie L Groce aka Ron Groce dba RG Concessions<br>　　　　　　Respondent | NO. 15-10632 TPA<br><br>Rel to Doc No. 61 |
| Ronda J. Winnecour, Trustee<br>　　　　　　Additional Respondent | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of MTGLQ Investors, LP, its successors and/or assigns, which was filed with the Court on or about **November 30, 2016, docket entry no. 55**.

ORDER

And now, this 27th day of January, 2017, it is hereby ORDERED, ADJUDGED and DECREED that the withdrawal is DENIED for failure to obtain consent of objecting party.

*/s/ signature*
ljm

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
jwarmbrodt@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 430-3594
Attorney for Movant/Applicant

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronnie Lee Groce  
       Debtor

Case No. 15-10632-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Jan 27, 2017  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2017.  
db           +Ronnie Lee Groce,   13 Lebanon Ave,   Greenville, PA 16125-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY  
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
          James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
          James R. Wood    on behalf of Creditor    Greenville Borough jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
          Matthew John McClelland    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          Stephen H. Hutzelman    on behalf of Debtor Ronnie Lee Groce shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com  
          Stephen H. Hutzelman    on behalf of Plaintiff Ronnie Lee Groce shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com  
                                                         TOTAL: 8