**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| RONNIE LEE GROCE | Case No. 15-10632TPA |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| GREENVILLE BOROUGH (RE) | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| GREENVILLE BOROUGH (RE) | Court claim# 5/Trustee CID# 21 |
| C/O PORTNOFF LAW ASSOC LTD - DLNQ | |
| CLLCTR | |
| PO BOX 3020 | |
| NORRISTOWN, PA 19404 | |

The Movant further certifies that on 01/31/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RONNIE LEE GROCE, 13 LEBANON AVE, GREENVILLE, PA  16125 | DEBTOR'S COUNSEL:<br>STEPHEN H HUTZELMAN ESQ, SHAPIRA HUTZELMAN ET AL, 305 W 6TH ST, ERIE, PA  16507 |
| ORIGINAL CREDITOR'S COUNSEL:<br>JAMES R WOOD ESQ, PORTNOFF LAW ASSOCIATES LTD, 1000 SANDY HILL RD STE 150, NORRISTOWN, PA  19401 | ORIGINAL CREDITOR:<br>GREENVILLE BOROUGH (RE), C/O PORTNOFF LAW ASSOC LTD - DLNQ CLLCTR, PO BOX 3020, NORRISTOWN, PA  19404 |
| NEW CREDITOR: | |