2/10/17 11:28 am
                                    CLERK
                                    U.S. BANKRUPTCY
                                    COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Ronnie Lee Groce<br>aka Ronnie Groce aka Ronnie L Groce aka Ron Groce dba RG Concessions<br>　　　　　　　　　Debtor<br><br>Ronnie Lee Groce<br>　　　　　　　　　Movant<br>　　　vs.<br>MTGLQ Investors, LP and Ronda J. Winnecour, Esquire, Chapter 13 Trustee<br>　　　　　　　　　Respondents | CHAPTER 13<br><br>NO. 15-10632 TPA<br><br>Related to Documents 55, 59 , 69 |

### STIPULATION AND ORDER AS TO DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Respondent, MTGLQ Investors, LP, filed a Notice of Mortgage Payment Change (Doc. 55) on November 30, 2016;

WHEREAS, Debtor filed an Objection to the Notice of Mortgage Payment Change (Doc. 59) on December 22, 2016;

WHEREAS, on July 2, 2015 Debtor filed a complaint to determine the secured claim of Goldman Sachs Mortgage Company (Doc. 8);

WHEREAS, on August 11, 2015 the Court entered an order at Adversary 15-1034 determining that Goldman Sachs Mortgage Company held a secured claim in the amount of $21,491.65, and that the remaining balance of its claim was unsecured;

WHEREAS, on August 15, 2016 Debtor filed a proposed modification of his confirmed Chapter 13 plan (Doc. 41) that provided that the secured mortgage claim of Goldman Sachs

Mortgage Company, as determined by the Court, would be paid with interest at 3.5% in monthly payments of $425.69;

WHEREAS, by Order entered October 11, 2016 (Doc. 48) the Court confirmed Debtor's plan as modified;

WHEREAS, Goldman Sachs Mortgage Company assigned its claim to Respondent pursuant to an Assignment of Mortgage dated April 5, 2016 and recorded in the office of the Recorder of Deeds for Mercer County on May 5, 2016 at Instrument number 2016-00003821.

It is therefore Stipulated and agreed as follows:

1. Debtor's objection is sustained.

2. Respondent shall withdraw its Notice of Mortgage Payment Change.

3. The Chapter 13 Trustee shall henceforth disburse payments due the secured mortgage claim pursuant to Debtor's chapter 13 plan as modified to Respondent c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708.

3. Respondent, MTGLQ Investors, LP, is prohibited from adding any fees or other charges to the Debtor's account in connection with the filing of its Notice of Mortgage Payment change or any subsequent responses, or for attending any hearing in this matter.

Consented to by:

/s/  Stephen H. Hutzelman, Esquire  
Stephen H. Hutzelman, Esquire  
PA I.D. 06541  
Attorney for Debtor  
SHAPIRA HUTZELMAN & SMITH  
305 West 6th Street  
Erie, PA 16507  
Phone: 814-452-6800  
Fax: 814-456-2227  
shutzelman@shapiralaw.com

/s/ James C. Warmbrodt, Esquire  
James C. Warmbrodt, Esquire  
PA I.D. 42524  
Attorney for Respondent  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
Phone: 215-627-1322  
Fax: 215-627-7734  
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation by and hereby is APPROVED.

Dated: February 10, 2017

By the Court,

_____ jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 15-10632-TPA
Ronnie Lee Groce                                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam              Page 1 of 1              Date Rcvd: Feb 10, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db              +Ronnie Lee Groce,    13 Lebanon Ave,    Greenville, PA 16125-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
       agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
      James R. Wood    on behalf of Creditor    Greenville Borough jwood@portnoffonline.com,
       jwood@ecf.inforuptcy.com
      Matthew John McClelland    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Stephen H. Hutzelman    on behalf of Debtor Ronnie Lee Groce shutzelman@shapiralaw.com,
       shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
      Stephen H. Hutzelman    on behalf of Plaintiff Ronnie Lee Groce shutzelman@shapiralaw.com,
       shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                    TOTAL: 8