Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Ronnie Lee Groce**
aka Ronnie Groce, aka Ronnie L Groce, aka Ron Groce, and others...
    Debtor(s)

Bankruptcy Case No.: 15–10632–TPA
Related to Docket No. 74
Chapter: 13
Docket No.: 75 – 74
Concil. Conf.: May 23, 2017 at 10:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 10, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 24, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 23, 2017** at **10:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 22, 2017

cm: All Creditors and Parties In Interest

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10632-TPA
Ronnie Lee Groce                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lmar              Page 1 of 2              Date Rcvd: Feb 22, 2017
                              Form ID: 213            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2017.
db             +Ronnie Lee Groce,    13 Lebanon Ave,    Greenville, PA 16125-1935
14061959       +Aas Debt Recovery Inc,    2526 Monroeville,    Monroeville, PA 15146-2358
14097017       +Greenville Borough,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14061962       +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14061964        Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
14061966        Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, Pennsylvania 16137-1223
14061968       #+Portnoff Law Associates, Ltd,    1000 Sandy Hill Road,    Suite 150,    Norristown, PA 19401-4181
14061969       +Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
14061970       +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    The Shops at Valley Square,
                 Warrington, PA 18976-3400
14061972       +Verizon,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6067
14061973       +Warren R. Keck, III, Esquire,    206 Main Street, Suite A,    Greenville, PA 16125-2139
14061974       +Wells Fargo Financial Bank,    420 Montgomery Street,    San Francisco, CA 94104-1298
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14061960       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 23 2017 01:56:53      Asset Acceptance,
                 Po Box 2036,    Warren, MI 48090-2036
14061961       +Fax: 407-737-5634 Feb 23 2017 03:07:47     Goldman Sachs Mortgage Company,
                 c/o Ocwen Loan Servicing, LLC,    1661 Worthington Road,    Suite 100,
                 West Palm Beach, FL 33409-6493
14061963        E-mail/Text: cio.bncmail@irs.gov Feb 23 2017 01:56:18      Internal Revenue Service,
                 Central Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114-0326
14061967       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 23 2017 01:56:56      Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14061971       +E-mail/Text: ben.ribeiro@eos-cca.com Feb 23 2017 01:56:07      True North Ar,
                 9 Commercial Blvd,    Novato, CA 94949-6118
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GOLDMAN SACHS MORTGAGE COMPANY
cr              MTGLQ Investors, LP
cr*            +Greenville Borough,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14061965*      +Mercer County Tax Claim Bureau,   3 Courthouse,    Mercer, PA 16137-1223
                                                                                TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               agornall@goldbecklaw.com,     bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Greenville Borough jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Matthew John McClelland     on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-1          User: lmar              Page 2 of 2              Date Rcvd: Feb 22, 2017
                              Form ID: 213            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Stephen H. Hutzelman    on behalf of Debtor Ronnie Lee Groce shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
          Stephen H. Hutzelman    on behalf of Plaintiff Ronnie Lee Groce shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
          TOTAL: 8