# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/27/17 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: Ronnie Lee Groce aka Ronnie Groce aka Ronnie L Groce aka Ron Groce dba RG Concessions<br>                     Debtor | CHAPTER 13 |
| MTGLQ Investors, LP<br>                     Movant<br>          vs.<br>Ronnie Lee Groce aka Ronnie Groce aka Ronnie L Groce aka Ron Groce dba RG Concessions<br>                     Respondent | NO. 15-10632 TPA<br><br>Rel to Doc No.   76 |
| Ronda J. Winnecour, Trustee<br>                     Additional Respondent | Related to Doc. 55, 69, 70 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Notice of Mortgage Payment Change of MTGLQ Investors, LP, which was filed with the Court on or about **November 30, 2016, docket entry #55**, per the Stipulation approved by the Court February 10, 2017, docket entry #70.

Date: February 24, 2017

                                                                            Respectfully submitted,

                                                                            **/s/ James C. Warmbrodt, Esquire**
                                                                            James C. Warmbrodt, Esquire
                                                                            Attorney I.D. No. 42524
                                                                            jwarmbrodt@kmllawgroup.com
                                                                            KML Law Group, P.C.
     SO ORDERED                                                             701 Market Street, Suite 5000
                                                                            (215) 627-1322
     February 27, 2017                                                      Philadelphia, PA 19106
                                                                            Attorney for Movant/Applicant

*[Signature]* ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10632-TPA
Ronnie Lee Groce                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: dkam            Page 1 of 1             Date Rcvd: Feb 27, 2017
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.
db             +Ronnie Lee Groce,   13 Lebanon Ave,   Greenville, PA 16125-1935

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
       agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James  Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
      James R. Wood    on behalf of Creditor    Greenville Borough jwood@portnoffonline.com,
       jwood@ecf.inforuptcy.com
      Matthew John McClelland    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Stephen H. Hutzelman    on behalf of Debtor Ronnie Lee Groce shutzelman@shapiralaw.com,
       shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
      Stephen H. Hutzelman    on behalf of Plaintiff Ronnie Lee Groce shutzelman@shapiralaw.com,
       shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
                                                                                      TOTAL: 8