Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ronnie Lee Groce** | : | Case No. 15−10632−TPA |
| **aka Ronnie Groce, aka Ronnie L Groce, aka** | : | Chapter: 13 |
| **Ron Groce, and others...** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **13th day of April, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-10632-TPA
Ronnie Lee Groce                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar            Page 1 of 2           Date Rcvd: Apr 13, 2017
                         Form ID: 309          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
db          +Ronnie Lee Groce,    13 Lebanon Ave,    Greenville, PA 16125-1935
14061959    +Aas Debt Recovery Inc,    2526 Monroeville,    Monroeville, PA 15146-2358
14097017    +Greenville Borough,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
              Norristown, PA 19404-3020
14061962    +Greenville Savings Bank,    233 Main Street,    Greenville, PA 16125-2059
14061964     Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
14061966     Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, Pennsylvania 16137-1223
14061968    #+Portnoff Law Associates, Ltd,    1000 Sandy Hill Road,    Suite 150,    Norristown, PA 19401-4181
14061969    +Rushmore Loan Management Services,    PO Box 52708,    Irvine, CA 92619-2708
14061970    +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    The Shops at Valley Square,
              Warrington, PA 18976-3400
14061972    +Verizon,    1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-6067
14061973    +Warren R. Keck, III, Esquire,    206 Main Street, Suite A,    Greenville, PA 16125-2139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14061960    +EDI: ACCE.COM Apr 14 2017 00:43:00     Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
14061961    +Fax: 407-737-5634 Apr 14 2017 01:40:26     Goldman Sachs Mortgage Company,
              c/o Ocwen Loan Servicing, LLC,    1661 Worthington Road,    Suite 100,
              West Palm Beach, FL 33409-6493
14061963     EDI: IRS.COM Apr 14 2017 00:43:00     Internal Revenue Service,    Central Insolvency Operations,
              PO Box 21126,    Philadelphia, PA 19114-0326
14061967    +EDI: MID8.COM Apr 14 2017 00:43:00     Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14061971    +E-mail/Text: ben.ribeiro@eos-cca.com Apr 14 2017 00:55:31     True North Ar,
              9 Commercial Blvd,    Novato, CA 94949-6118
14061974    +EDI: WFFC.COM Apr 14 2017 00:43:00     Wells Fargo Financial Bank,    420 Montgomery Street,
              San Francisco, CA 94104-1298
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GOLDMAN SACHS MORTGAGE COMPANY
cr              MTGLQ Investors, LP
cr*            +Greenville Borough,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
14061965*      +Mercer County Tax Claim Bureau,    3 Courthouse,    Mercer, PA 16137-1223
                                                                                     TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              James R. Wood    on behalf of Creditor    Greenville Borough jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              Matthew John McClelland    on behalf of Creditor    MTGLQ Investors, LP bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

```
District/off: 0315-1           User: jmar                  Page 2 of 2                  Date Rcvd: Apr 13, 2017
                               Form ID: 309                Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Stephen H. Hutzelman    on behalf of Debtor Ronnie Lee Groce shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com
         Stephen H. Hutzelman    on behalf of Plaintiff Ronnie Lee Groce shutzelman@shapiralaw.com, shutzelman@ecf.inforuptcy.com;ann@shapiralaw.com

                                                                                              TOTAL: 8