**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RONNIE LEE GROCE | Case No.:15-10632 TPA |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/12/2015 and confirmed on 09/30/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,954.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,954.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,440.00 | |
|     Trustee Fee | 579.74 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,019.74 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   MERCER COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX6-15 | | | | |
|   MERCER COUNTY TAX CLAIM BUREAU | 5,195.18 | 5,195.18 | 824.23 | 6,019.41 |
|     Acct: 3350 | | | | |
|   MERCER COUNTY TAX CLAIM BUREAU | 2,684.51 | 23.39 | 322.11 | 345.50 |
|     Acct: 9490 | | | | |
|   GREENVILLE BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9099 | | | | |
|   GREENVILLE BOROUGH (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9099 | | | | |
|   GREENVILLE BOROUGH (RE) | 519.78 | 519.78 | 91.81 | 611.59 |
|     Acct: 0072 | | | | |
|   GREENVILLE BOROUGH (RE) | 1,371.46 | 1,371.46 | 0.00 | 1,371.46 |
|     Acct: 0072 | | | | |
|   GREENVILLE BOROUGH (RE) | 3.07 | 3.07 | 51.99 | 55.06 |
|     Acct: 9095 | | | | |
|   GREENVILLE BOROUGH (RE) | 17.65 | 17.65 | 0.00 | 17.65 |
|     Acct: 9095 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MERCER COUNTY TAX CLAIM BUREAU | 646.65 | 646.65 | 102.79 | 749.44 |
| Acct: XXXXX; 15 | | | | |
| MERCER COUNTY TAX CLAIM BUREAU | 996.45 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX; 15 | | | | |
| GOLDMAN SACHS MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6356 | | | | |
| GREENVILLE SB/GREENVILLE S & L | 8,000.00 | 3,240.00 | 0.00 | 3,240.00 |
| Acct: 5030 | | | | |
| | | | | 12,410.11 |
| **Priority** | | | | |
| STEPHEN H HUTZELMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONNIE LEE GROCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRA HUTZELMAN BERLIN ELY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEPHEN H HUTZELMAN ESQ | 3,400.00 | 1,440.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,788.51 | 524.15 | 0.00 | 524.15 |
| Acct: 1702 | | | | |
| | | | | 524.15 |
| **Unsecured** | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6799 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2861 | | | | |
| ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2860 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4745 | | | | |
| TRUE NORTH++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8173 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| INTERNAL REVENUE SERVICE* | 49.81 | 0.00 | 0.00 | 0.00 |
| Acct: 1702 | | | | |
| GOLDMAN SACHS MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6356 | | | | |
| JAMES R WOOD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                12,934.26

```
TOTAL CLAIMED
  PRIORITY              1,788.51
  SECURED              19,434.75
  UNSECURED                49.81
```

Date: 05/22/2017                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com